George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Jessica Maiden

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JESSICA MAIDEN, | Civil Action No.:  2:17-cv-00420-MC |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| ANDREW SAUL, Commissioner, Social Security Administration, | |
| Defendant. | |

_____

　　　　IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the

amount of $12,640.00 is approved to plaintiff's counsel.  Credit is taken for EAJA fees

paid in the amount of $4,722.96, so that the net amount due plaintiff's counsel is

$7,917.04.

　　　　IT IS SO ORDERED:

　　　　Dated:  December 20, 2019.

　　　　　　　　　　　　　　s/Michael J. McShane_____
　　　　　　　　　　　　　　US DISTRICT COURT JUDGE

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

Proposed Order submitted on November 8, 2019 by:

_____
George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Jessica Maiden

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028